**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PAUL CARRILLO,

       Petitioner,

v.                                          CV No. 19-880 WJ/CG

BETTY JUDD, *Warden,*

       Respondent.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court on Petitioner Paul Carrillo's *pro se 28 U.S.C. § 2241 habeas petition*, (Doc. 1). In his Petition, Mr. Carrillo challenges a disciplinary proceeding at the Cibola County Correctional Center. The filing is deficient because Mr. Carrillo has not prepaid the $5.00 filing fee or, alternatively, filed an application to proceed *in forma pauperis* along with a six-month account statement. *See* 28 U.S.C. § 1915. The Court will allow Mr. Carrillo to cure this deficiency no later than April 28, 2020. He must include the civil action number (19-cv-880 WJ-CG) on all papers filed in this case. Failure to timely cure the deficiency will result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that no later than **April 28, 2020**, Mr. Carrillo must pay the $5.00 filing fee or, alternatively, file an application to proceed *in forma pauperis.*

**IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Mr. Carrillo a copy of the form Application to Proceed *In Forma Pauperis.*

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE